## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

150\535008

01 5097AHWS

In Re: MICHAEL L. METTER

DUANE M. TOWNSEND, M.D., Plaintiff      : CASE NO. 01-50506 - ahws

vs.                                                          01 509 AHWS

MICHAEL L. METTER, Debtor          : ADVERSARY NO.

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Jurisdiction of this matter is conferred on the Court by 28 U.S.C. Section

1334. This civil action is based on 11 U.S.C. Section 523 (a)(2)(A).

1.       The Plaintiff, DUANE M. TOWNSEND, M.D., holds an unsecured

claim against the Defendant/Debtor arising from an Arbitration proceeding

commenced by Plaintiff against the Defendant entitled Duane E. Townsend, M.D.,

Claimant vs. Robert John Johnson, Jr., Kenneth Adam Orr, Michael Lee Metter and

William Horace Arcuri, Respondents, Case Number 98-04099 with NASD

Regulation, Inc. based on fraud and negligence in which Plaintiff was awarded the

sum of $456,873.00.



2.   The aforementioned Arbitration was based upon the following facts:

a.   In or about November 1996 through June 1997, Plaintiff held a securities account with a member firm known as First Cambridge Securities Corporation (hereinafter referred to as "Cambridge").

b.   During November 1996 through June 1997, Defendant, Michael L. Metter (hereinafter referred to as "Metter"), was a member of Cambridge.

c.   In early 1998 a dispute arose between Plaintiff and the members of Cambridge, including Defendant/Debtor, Michael L. Metter, concerning huge investment losses Plaintiff had sustained in his securities account at Cambridge whereby Townsend contended that the members of Cambridge, including Metter, fraudulently violated State and Federal Securities laws and committed common law fraud and negligence, in connection with his account and thereby causing said losses.

2

3.    At the time of the Arbitration award, Defendant/Debtor, advised

Plaintiff that he had no intention of paying the award and that unless Plaintiff

settled for some reduced figure, Plaintiff would have to pursue formal collection

procedures, with uncertain results.

4.    Plaintiff then commenced an action in the United States District Court,

Southern District of New York bearing docket number 00 CIV 5039(HB) entitled

Duane M. Townsend, M.D.  vs. Robert John Johnson, Jr., Kenneth Adam Orr and

Michael Lee Metter in order to confirm the arbitration award rendered in his favor.

5.    On December 1, 2000 Plaintiff obtained judgment in the United States

District Court Southern District of New York action and the arbitration award was

confirmed in the sum of $456,873.00 which included an award of attorneys fees

pursuant to the "bad faith" exception to the "American Rule" which allows attorneys

fees if a party acted in bad faith.

6.    On April 18, 2001, Defendant filed his Petition for Chapter 7

bankruptcy and therein claimed Duane M. Townsend in his schedule of creditors.

7.    Plaintiff claims that since he obtained judgment against the Defendant

based on fraud, the indebtedness to the Plaintiff is non-dischargable in bankruptcy.

3

WHEREFORE, plaintiff prays for a judgment as follows:

1.  That the indebtedness of the Defendant to the Plaintiff on the aforesaid account in the amount of $456,873.00 is non-non-dischargable in Bankruptcy pursuant to 11 U.S.C. Section 523 (a)(2)(A).

2.  That this Court enter judgment in favor of the Plaintiff against the Defendant/debtor in the amount of $456,873.00.

3.  For costs herein extended.

4.  For attorneys fees pursuant to Connecticut common law.

5.  An order directing that writs of execution and attachment issue against the Defendant for the amount of the Plaintiff's judgment.

6.  For any and all relief to which the Plaintiff may be entitled.

THE PLAINTIFF
DUANE M. TOWNSEND, M.D.

By_____
EDWARD KANOWITZ, #CT08749
112 Prospect Street
Stamford, CT. 06901
(203) 348-4924
His Attorney

| B 104<br>(Rev. 2.87)    ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Duane M. Townsend, M.D.<br>3295 American Saddler Drive<br>Park City, Utah  08060 | Michael L. Metter<br>One Tinker Lane<br>Greenwich, CT  06830<br><br>01 5097 AHWS |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Edward Kanowitz<br>112 Prospect Street<br>Stamford, CT. 06901<br>(203) 348-4924 | Richard Sarner<br>184 Atlantic Street<br>Stamford, CT. 06901 |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Claim to determine non dischargeability of debt based on fraud
11 U.S.C. 523(a)(2)(A)

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. §727

☐ 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
☒ 426 To determine the dischargeability of a debt 11 U.S.C. §523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

| ORIGIN OF PROCEEDINGS<br>(Check one box only.) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|
| **DEMAND** | NEAREST THOUSAND<br>$ 456,000.00 | OTHER RELIEF SOUGHT | | | ☐ JURY DEMAND |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>Michael L. Metter | BANKRUPTCY CASE NO.<br>01-50506 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Connecticut | DIVISIONAL OFFICE<br>Bridgeport | NAME OF JUDGE<br>A.H.W. Schiff |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only.) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|
| DATE 7/23/01 | PRINT NAME<br>EDWARD KANOWITZ | SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |