UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:

MICHAEL L. METTER, Debtor  : CHAPTER 7

DUANE M. TOWNSEND, M.D., Plaintiff : CASE NO. 01-50506 - ahws

vs.

MICHAEL L. METTER, Defendant  : ADVERSARY NO. 01- 5097

## STIPULATION OF SETTLEMENT

The parties hereto agree to the following terms in full and complete settlement of all claims of nondischargeability of the debt to Plaintiff by Defendant:

1) The Defendant, Michael Metter, shall pay to the Plaintiff, in cash, in full, the sum of $30,000.00 as set forth below.

2) The aforesaid payment shall be made at the closing of a refinancing by Defendant's wife of the mortgage on her home situated at 1 Tinker Lane, Greenwich, Connecticut (the "Property").

3) At said closing, upon receipt of the $30,000.00 payment, Plaintiff shall deliver to Defendant or his attorney, an appropriate document, in proper form for recording, releasing the existing judgment lien encumbering the Property.

4) In the event that the aforesaid closing and payment shall not occur by May 31, 2004, then Defendant shall pay the sum of $30,000.00 together with interest thereon at the rate of 5% per annum in 36 equal monthly payments of $899.13

including principal and interest sufficient to fully amortize the principal amount, the first payment of which shall be due on June 1, 2004. A loan amortization schedule is attached.

5) All such monthly payments shall be made payable to Duane M. Townsend, MD, and sent to 3295 American Saddler Drive, Park City, UT 84060.

6) Defendant shall have the right to prepay the balance of the principal together with accrued interest to date of prepayment at any time without penalty.

7) The balance of Plaintiff's claim against the bankruptcy estate shall survive this agreement and shall be reduced by the sum of $30,000.00.

8) This agreement is effective as of March 3, 2004.

9) Each party shall bear his own cost and expense in connection with this matter.

PLAINTIFF
Duane M. Townsend, MD

By _____
EDWARD KANOWITZ, #ct08749
112 Prospect Street
Stamford, CT 06901
(203) 348-4924
His Attorney

DEFENDANT
Michael Metter

By _____
HAROLD S. BERZOW
Finkel, Goldstein, Berzow
Rosenblum and Berzow
26 Broadway, Suite 711
New York, NY 10004
His Attorney